IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *Bench Walk Lighting LLC*<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | )    CA: 20-cv-00052-UNA<br>) |
| *Lite-On Technology Corporation*<br>Defendant, | |

## AFFIDAVIT

    I, Alex Kurfuerst, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on January 17, 2020, by Registered Mail, the Summons, Civil Cover Sheet, 7.1 Disclosure Form, Complaint with Exhibits, Plaintiff's Report to the Commissioner of Patents and Trademarks, and Notice/ Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following addresses:

    1)    Chairman, President, Officer, Managing Agent, and/or General Agent
               Lite-On Technology Corporation
               392 Ruey Kwang Road, Neihu, Taipei 114,
               Taiwan, R.O.C.

                                                                             _____
                                                                              Alex Kurfuerst
                                                                              Deputy Clerk

Sworn to and subscribed before me
this 17th day of January, 2020

_____
      Mei Yu Ruan
      Deputy Clerk



|  | OFFICE OF THE CLERK<br>UNITED STATES DISTRICT<br>COURT |  |
|---|---|---|
| John A. Cerino<br>CLERK | DISTRICT OF DELAWARE | Unit 18<br>844 North King Street<br>U.S. Courthouse<br>Wilmington, DE 19801<br>(302)573-6170<br>www.ded.uscourts.gov |

January 17, 2020

**TO:**

Chairman, President, Officer, Managing Agent, and/or General Agent
Lite-On Technology Corp. et al.
392 Ruey Kwang Road, Neihu, Taipei 114, Taiwan, R.O.C.

RE: ***Bench Walk Lighting LLC v. Lite-On Technology Corporation***
Civil Action No. 1:20-cv-00052-UNA

Enclosed please find copies of the Complaint (with exhibits), Civil Coversheet, Notice of a Magistrate Judge's Availability form, Summons, and counsel's Affidavit and request to the Clerk of Court for assistance with this mailing, Report on the Filing of an Action Regarding a Patent or Trademark, and Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

This service is made by U.S. Registered Mail, return receipt requested, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2). Pursuant to Federal Rules of Civil Procedure 12(a)(ii) you have ninety (90) days in which to file an answer to the complaint, filed with this Court and served upon the plaintiff's attorney as noted on the complaint and summons. Sincerely,

BY:
_____
/APK

JOHN A. CERINO
CLERK

Enclosures (as stated)